# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| WILLIE L. NELOMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV410-076 |
| AL ST. LAWRENCE, *Sheriff*; and CONNIE MILES, *Medical Director Prison Health Services*, | ) ) ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

In an order dated May 3, 2010, the Court granted plaintiff's motion to proceed in forma pauperis and ordered him to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 4.) The Court warned plaintiff that his failure to return those forms within 30 days would result in the dismissal of his case. (*Id.*) Plaintiff has not returned the forms within the allotted time. Consequently, his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 1st day of July, 2010.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA